■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA GIST, Appellant. [606 NYS2d 1015] —Judgment unanimously affirmed. Memorandum: Defendant effectively waived his right to appeal and he raises no issues that have not been superseded by his waiver *(see, People v Callahan,* 80 NY2d 273, 285). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Balio, Lawton, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDERSON WETHINGTON, Appellant. [606 NYS2d 1015] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boomer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINA REEDUS, Appellant. [606 NYS2d 1014] —Adjudication unanimously affirmed. Memorandum: Defendant knowingly, voluntarily and intelligently waived her right to appeal and she has raised no issues on appeal that survive the waiver *(see, People v Callahan,* 80 NY2d 273). (Appeal from Adjudication of Erie County Court, Drury, J.—Youthful Offender.) Present—Denman, P. J., Green, Balio, Fallon and Boomer, JJ.